**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3852-19

STATE OF NEW JERSEY,

      Plaintiff-Appellant/
Cross-Respondent,

v.

ROBERT L. FREEMAN, JR.,

      Defendant-Respondent/
Cross-Appellant.

_____

Argued September 16, 2020 – Decided June 28, 2021

Before Judges Fuentes, Whipple and Rose.

On appeal from the Superior Court of New Jersey, Law Division, Warren County, Indictment No. 12-09-0396.

Dit Mosco, Acting Assistant Prosecutor, argued the cause for appellant/cross-respondent (James L. Pfeiffer, Acting Warren County Prosecutor, attorney; Dit Mosco, of counsel and on the brief).

John P. Flynn, Assistant Deputy Public Defender, argued the cause for respondent/cross-appellant (Joseph E. Krakora, Public Defender, attorney; John P. Flynn, of counsel and on the brief).

PER CURIAM

We have been advised that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3852-19